■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTEBAN MOLINA, Appellant.—Judgment, Supreme Court, New York County (James Leff, J., at Sandoval hearing, jury trial and sentence), rendered May 15, 1987, which convicted defendant of burglary in the third degree, and sentenced

defendant to 3½ to 7 years' imprisonment, unanimously reversed, on the law, and the case is remanded for a new trial.

We agree with the People's concession that the court erred in permitting the People to cross-examine the defendant concerning four prior convictions, all of which, as did the instant indictment, involve thefts from commercial vehicles. *(People v Sandoval,* 34 NY2d 371.) Nor can the error be deemed harmless, since defendant's credibility was a central issue at trial. Concur—Murphy, P. J., Ross, Carro, Asch and Kassal, JJ.